470 A.2d 1021

Commonwealth v. Vasquez, Appellant.

Submitted October 21, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane

Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.